UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

### STANDING DOCUMENT REQUEST IN CHAPTER 7 CASES

To better enable the Chapter 7 Trustees to more effectively and efficiently satisfy the requirements of 11 U.S.C. '704 and the debtors to comply with the requirements of 11 U.S.C. '521.

### PLEASE TAKE NOTICE OF THE FOLLOWING:

All Chapter 7 debtor(s) shall provide the Bankruptcy Trustee with the following documentation

### INCLUDING A COPY OF THE SIGNED PETITION FILED ON LINE WITH THE COURT,

at least **seven (7) days prior** to the scheduled Section 341 hearing date:

1. For each residence, condominium, cooperative apartment, mobile home, lot or real property set forth on Schedule A of the debtors' schedules
   1) a copy of the deed and/or stock certificate;
   2) recent appraisal or valuation (no older than 180 days);
   3) current mortgage statement (s)

2. For each vehicle or boat set forth on Schedule B of the debtors' schedules
   1) a copy of the current title;
   2) current secured creditor statement of balance due;
   3) recent appraisal or valuation (no older than 60 days).

3. For each bank account set forth on Schedule B of the debtors' schedules
   1) copies of the monthly bank statements **for the date of filing;**

4. For each personal injury/litigation suit or cause of action, including those set forth on Schedule B of the debtors' schedules
   1) the name and address of the personal injury attorney
   2) a copy of the complaint with respect to same;

5. Copies of the Federal and State income tax returns for the **most recent tax year filed;**

6. Each individual debtor shall provide a document which establishes the identity of the debtor, including a driver's license, passport, or other document that contains a photograph of the debtor; and shall provide documentary verification of each debtor's social security number.

7. For any asset transfers within one (1) year prior to the filing - any documentation evidencing said transfer including Bills of Sale, deed or matrimonial decree.

8. Copies of Sixty (60) days of pay stubs <u>UP TO THE FILING DATE OF THE PETITION</u>; Means Test Calculations; Certificate of Credit Counselling;

The debtor(s) shall provide such additional documentation as the Bankruptcy Trustee may request prior to, at, or subsequent to the Section 341 meeting within fourteen (14) days after the request.

Failure to provide any of the requested documents in a timely fashion may result in the continuation of the Section 341 Meeting after an initial examination at the discretion of the Trustee and in appropriate circumstance, after notice and a hearing, may result in the dismissal of the case in accordance with 11 U.S.C. Sections 109(g) or 707(a), the denial of the debtor's discharge in accordance with 11 U.S.C. Section 727(a), or appropriate relief pursuant to F.R.B.P. 4004.

**THIS NOTICE SHALL BE POSTED IN THE '341 MEETING ROOM AND A COPY WILL BE PROVIDED TO DEBTOR=S COUNSEL, BY MAIL, FAX OR E-MAIL.**